AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                     DISTRICT OF                        CALIFORNIA

UNITED STATES OF AMERICA,

                Plantiff,

      V.

MARTIN JESUS BANDA-GAXIOLA,

                Defendant.

**APPEARANCE**

Case Number:  08MJ8200

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARTIN JESUS BANDA-GAXIOLA

I certify that I am admitted to practice in this court. PRO HAC VICE.

/s/ LINDA LOPEZ

| | |
|---|---|
| 3/7/2008 | Signature |
| Date | |

Linda Lopez/ Federal Defenders of SD                    177301

Print Name                                              Bar Number

225 Broadway, Suite 900

Address

San Diego, CA  92101

City                     State                     Zip Code

(619) 234-8467                     (619) 687-2666

Phone Number                                         Fax Number

<u>**CERTIFICATE OF SERVICE**</u>

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of her information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 7, 2008                              _____*/s/  Linda Lopez*_____
                                                   LINDA LOPEZ
                                                   Federal Defenders of San Diego, Inc.
                                                   225 Broadway, Suite 900
                                                   San Diego, CA 92101-5030
                                                   (619) 234-8467  (tel)
                                                   (619) 687-2666  (fax)
                                                   e-mail: Linda_Lopez@fd.org