UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury '08 CR 0984 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine and Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine and Methamphetamine with Intent to Distribute |
| MARTIN JESUS BANDA-GAXIOLA, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about March 3, 2008, within the Southern District of California, defendant MARTIN JESUS BANDA-GAXIOLA did knowingly and intentionally import 500 grams and more, to wit: approximately .60 kilograms (1.32 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CPH:nlv:Imperial
3/31/08

Count 2

On or about March 3, 2008, within the Southern District of California, defendant MARTIN JESUS BANDA-GAXIOLA did knowingly and intentionally possess, with intent to distribute, 500 grams and more, to wit: approximately .60 kilograms (1.32 pounds) of cocaine a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 3

On or about March 3, 2008, within the Southern District of California, defendant MARTIN JESUS BANDA-GAXIOLA did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately .54 kilograms (1.18 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//
//
//
//
//
//
//
//

Count 4

On or about March 3, 2008, within the Southern District of California, defendant MARTIN JESUS BANDA-GAXIOLA did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately .54 kilograms (1.18 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 1, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CAROLINE P. HAN
Assistant U.S. Attorney