**LINDA LOPEZ**
Florida State Bar No. 0177301
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Defendant Banda-Gaxiola

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0984-JM |
| Plaintiff, | ) | DATE: April 25, 2008 |
| v. | ) | TIME: 11:00 a.m. |
| MARTIN JESUS BANDA-GAXIOLA, | ) | **MOTION TO SHORTEN TIME** |
| Defendant. | ) | |

The above-named defendant, Mr. Banda-Gaxiola, by and through counsel, moves this Court for an order shortening time in the *Defendant's Notice of Motions and Motions to Compel Discovery and Leave to File Further Motions* four (4) day(s), to be heard April 25, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, for the following reasons:

Motions were not filed timely because defense counsel and government counsel are in the process of negotiations to possibly resolve case. A copy will be submitted to the government.

                                Respectfully submitted,

DATED: April 21, 2008                    */s/ Linda Lopez*
                                            **LINDA LOPEZ**
                                            Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant Banda-Gaxiola

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Rebekah Young**
Rebekah.Young@usdoj.gov

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: April 21, 2008    /s/ Linda Lopez
LINDA LOPEZ
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Linda_Lopez@fd.org