1  **LINDA LOPEZ**
Florida Bar No. 0177301
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California  92101-5030
Telephone:  (619) 234-8467
4  linda_lopez@fd.org

5  Attorneys for Mr. Martin Jesus Banda-Gaxiola

6

7                              UNITED STATES DISTRICT COURT

8                              SOUTHERN DISTRICT OF CALIFORNIA

9                              (**HONORABLE JEFFREY T. MILLER**)

10  UNITED STATES OF AMERICA,          )    CASE NO. 08CR0984-JM
                                       )
11              Plaintiff,             )    DATE:  April 25, 2008
                                       )    TIME:  11:00 a.m.
12  v.                                 )
                                       )    NOTICE OF MOTIONS AND MOTIONS TO:
13  **MARTIN JESUS BANDA-GAXIOLA**     )
                                       )    1)    COMPEL DISCOVERY; AND
14              Defendant.             )    2)    LEAVE    TO    FILE    FURTHER
    _____   )          MOTIONS
15

16  TO:      KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
             REBEKAH YOUNG, ASSISTANT UNITED STATES ATTORNEY:
17

18          PLEASE TAKE NOTICE that on April 25, 2008, at 11:00 a.m., or as soon thereafter as

19  counsel may be heard, Defendant Martin Jesus Banda-Gaxiola, by and through his attorneys, Linda Lopez

20  and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following

21  motions.

22

23

24

25

26

27

28

1

**MOTIONS**

2     Defendant Martin Jesus Banda-Gaxiola, by and through his attorneys, Linda Lopez and

3 Federal Defenders of San Diego, Inc., moves this Court pursuant to the United States Constitution, the

4 Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order:

5     (1) Compel discovery; and

6     (2) Grant leave to file further motions.

7     These motions are based upon the instant motions and notice of motions, the attached

8 statement of facts and memorandum of points and authorities, the files and records in the above-captioned

9 matter, and any and all other materials that may come to this Court's attention prior to or during the hearing

10 of these motions.

11                                     Respectfully submitted,

12 Dated: April 21, 2008              */s/ Linda Lopez*
                                      LINDA LOPEZ
13                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Mr. Banda-Gaxiola
14                                    linda_lopez@fd.org

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08CR0984