|  |  |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | REBEKAH W. YOUNG |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 214859 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7179 |
|   | Fax: (619) 235-2757 |
| 6 | Email: rebekah.young@usdoj.gov |
| 7 | Attorneys for Plaintiff |
|   | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No.08CR0984-JM |
|---|---|
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) NOTICE OF APPEARANCE |
|  | ) |
| MARTIN JESUS BANDA-GAXIOLA, | ) |
|  | ) |
|  | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u> (If none, enter "None" below)

None

1   Effective this date, the following attorneys are no longer associated with this case and should
2   not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4   association):

5   Name (If none, enter "None" below)
6     None

7   Please call me if you have any questions about this notice.
8

9   DATED: April 21, 2008
10
                                        Respectfully submitted,
11
                                        KAREN P. HEWITT
12                                      United States Attorney

13                                      /s/*Rebekah W. Young*
                                        REBEKAH W. YOUNG
14                                      Assistant United States Attorney

NOTICE OF APPEARANCE
United States v. Banda-Gaxiola            2                    08CR0984-JM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN JESUS BANDA-GAXIOLA,<br><br>    Defendant. | Criminal Case No. 08CR0984-JM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, REBEKAH W. YOUNG, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Linda Lopez

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2008.

/s/ ***Rebekah W. Young***
REBEKAH W. YOUNG

NOTICE OF APPEARANCE
United States v. Banda-Gaxiola                3                08CR0984-JM