UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr984-JM |
| Plaintiff, ) | |
| v. ) | ORDER DENYING MOTION TO SHORTEN TIME |
| MARTIN JESUS BANDA-GAXIOLA, ) | |
| Defendant. ) | |

The last day for Defendant to timely file his NOTICE OF MOTIONS AND MOTIONS TO COMPEL DISCOVERY AND LEAVE TO FILE FURTHER MOTIONS in this case for the Motion Hearing scheduled before Judge Miller on April 25, 2008 at 11:00 a.m was April 11, 2008. Defendant's Motions which were filed on April 21, 2008 were accepted by the Court (albeit marked LATE). Therefore, Defendant's Motion for an Order Shortening time is moot.

**SO ORDERED.**

DATED: April 22, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge