1  **ANDREW LAH**
   California State Bar No. 234580
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile: (619) 687-2666
   andrew_lah@fd.org
5
6  Attorneys for Defendant Banda-Gaxiola
7
8                   UNITED STATES DISTRICT COURT
9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10                (HONORABLE JEFFREY T. MILLER)
11  UNITED STATES OF AMERICA,          )  Case No. 008CR0984-JTM
                                        )
12            Plaintiff,                )
                                        )
13  v.                                  )
                                        )  **NOTICE OF APPEARANCE**
14  **MARTIN JESUS BANDA-GAXIOLA,**     )
                                        )
15            Defendant.                )
                                        )
16  _____ )
17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18  Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney and
19  replacing Linda Lopez, in the above-captioned case .
20                                    Respectfully submitted,
21
22  Dated: July 1, 2008                  *s/ ANDREW LAH*_____
23                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Defendant
                                         andrew_lah@fd.org
24
25
26
27
28