**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
andrew_lah@fd.org

Attorneys for Mr. Banda-Gaxiola

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0984-JTM |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| MARTIN JESUS BANDA-GAXIOLA, | |
| Defendant. | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: July 1, 2008    *s/ ANDREW LAH*
    **ANDREW LAH**
    Federal Defenders of San Diego, Inc.,
    andrew_lah@fd.org