# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plantiff,
   V.

MARTIN JESUS BANDA-GAXIOLA,
        Defendant.

**APPEARANCE**

Case Number: 08CR0984-JTM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MARTIN JESUS BANDA-GAXIOLA
I am replacing ANDREW LAH on this case.

I certify that I am admitted to practice in this court. PRO HAC VICE.

| 8/11/2008 | /s/ LINDA LOPEZ |
|---|---|
| Date | Signature |

| Linda Lopez/ Federal Defenders of SD | 177301 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, CA | 92101 |
|---|---|
| City    State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: August 11, 2008                                       ____/s/  Linda Lopez_____
                                                             LINDA LOPEZ
                                                             Federal Defenders of San Diego, Inc.
                                                             225 Broadway, Suite 900
                                                             San Diego, CA 92101-5030
                                                             (619) 234-8467  (tel)
                                                             (619) 687-2666  (fax)
                                                             e-mail: Linda_Lopez@fd.org