UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No.08cr984 JM |
| )  | |
| Plaintiff,          ) | |
| v.          ) | ORDER GRANTING JOINT MOTION TO |
| )  | CONTINUE SENTENCING HEARING |
| MARTIN BANDA-GAXIOLA,          ) | [Docket No. 26] |
| )  | |
| Defendants.          ) | |
| )  | |

Upon the joint motion of counsel (Docket No. 26), and for good cause shown, IT IS HEREBY ORDERED that the sentencing hearing in the above captioned matter be continued from January 23, 2009 to ***February 27, 2009 at 9:00 a.m.***

IT IS SO ORDERED.

DATED:  January 22, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

1                                                                                           08cr0984